THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD
COMPANY, PLAINTIFF IN ERROR, v. ROSS, DEFENDANT
IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Bedle, Muirheid & McGee.*

For the defendant in error, *J. F. Fort.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, MCGREGOR, SMITH, WHITAKER. 14.

*For reversal*—None.